*George W. Bruen et al.* v. *John A. Stevens.* G. Wood, for appellant; J. L. Mason, for respondents. Decree of the assistant vice chancellor affirmed with costs; and proceedings remitted to vice chancellor of the first circuit.

*Patrick Ellis* v. *Arthur Harrison et al.* J. M. Bixby, for appellant; H. Nicoll, for respondents. Decree of the assistant vice chancellor affirmed with costs.

*Lucas Elmendorf* v. *Lloyd S. Danbury.* W. Silliman, for appellant; M. McDonald, for respondents. Decree of the vice chancellor of the 6th circuit affirmed with costs. Decree to be entered *nunc pro tunc* as of some day subsequent to the submission and previous to the death of the complainant.

*James G. King* v. *Henry Whitely et al.* J. Blunt, for appellant; John Wallis, for respondents. Decree appealed from affirmed with costs, and proceedings remitted.

*John Mc Whorter et al.* v. *James McMahan.* C. H. S. Williams, for complainants; A. Taber, for defendant. The chancellor decided in this case, that under the present statute of frauds it was necessary a contract for the sale of land should not only be in writing and signed by the party who is attempted to be charged upon such contract, but it must be subscribed by the vendor also. That such a contract need not be signed by the vendor personally; but it will be sufficient if it is signed by an agent duly authorized. And that it is not necessary the authority of such agent should be in writing. That in a suit for the specifiic performance of a contract to purchase land, signed by the agent of the vendor, it is only necessary for the vendor to establish the fact, by parol, that the person signing the contract as agent for him was *lawfully* authorized to sign as such agent.

*Agreements for the sale of land. What is a sufficient signing, within the statute of frauds.*

Decretal order of the vice chancellor of the eighth circuit affirmed with costs, and proceedings remitted.

*Henry Roosevelt, adm'r, &c.* v. *Azariah T. Ellithorp and wife.* H. W. Warner, for complainant; C. Ellis, for defendants. Decree appealed from affirmed with costs.

*Joseph Wallis* v. *Nathaniel P. Tallmadge et al.* H. W. Warner, for complainant; M. Porter, for the defendant.